# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARTHUR M. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>LARRY HOGAN, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-2029 (RDB)<br>Judge Richard D. Bennett |

### CERTIFICATION PURSUANT TO LOCAL RULE 101.2.(a)

Undersigned counsel hereby certifies, pursuant to Local Rule 101.2.(a), that the name and last known mailing address of Plaintiff is

Arthur M. Love
2064 Lake Grove Lane
Crofton, MD  21114.

Undersigned counsel further certifies that, by letter dated November 17, 2021, undersigned counsel advised Plaintiff that, if his primary counsel, John M. Pierce, had not substituted in new local counsel by November 29, 2021, undersigned counsel would advise the Clerk of this Court that Plaintiff would be proceeding without admitted local counsel. Undersigned counsel now advises the Clerk that Plaintiff will be proceeding without admitted local counsel.

Executed on December 1, 2021.

Jeffrey Edward McFadden