UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARTHUR M. LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-2029 (RDB) |
| ) | Judge Richard D. Bennett |
| LARRY HOGAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Before the Court is Counsel for Plaintiff's Motion to Withdraw Appearance as Local Counsel of Record for Plaintiff Arthur Love. Having considered the arguments set forth in the Motion, and for good cause shown, it is hereby

**ORDERED,** that the Motion to Withdraw is **GRANTED**.

By copy of this Order, the Clerk of the Court is hereby notified that Plaintiff Love shall be proceeding without local counsel.

**SO ORDERED.  12/6/2021**

 **/s/ - Richard D. Bennett**
U.S. District Judge