IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Arthur M. Love | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil Action No.   RDB-21-2029 |
| | * | |
| Larry Hogan, et al. | | |
| Defendant(s) | * | |

******

**ORDER**

Plaintiff(s) having failed to serve the summons and complaint upon Larry Hogan, et al. within 90 days after the filing of the complaint, it is, this 16th day of December, 2021,

ORDERED that plaintiff(s) show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant(s) without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

/s/
Richard D. Bennett
United States District Judge

Rule 4m Show Cause Order Court (Rev. 9/2016)