IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARTHUR M. LOVE, | * |
| *Plaintiff*, | * |
| v. | *   No. 1:21-CV-02029 |
| LARRY HOGAN, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS**

Defendants, Gov. Larry Hogan, Lt. Gov. Boyd Rutherford, Steven McAdams, Allison Mayer, Mona Vaidya, Shareese Churchill, Matthew A. Clark, and the State of Maryland, by their attorneys and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the complaint filed against them by plaintiff. The grounds for this motion are set forth in the Memorandum of Law filed herewith and incorporated by reference herein.

WHEREFORE, for the reasons stated herein, defendants respectfully request that plaintiff's complaint be dismissed with prejudice.

[SPACE INTENTIONALLY LEFT BLANK]

                                                Respectfully submitted,

                                                BRIAN E. FROSH
                                                Attorney General of Maryland

                                                */s/ Robert A. Scott*
                                                ROBERT A. SCOTT
                                                Fed. Bar No. 24613
                                                JAMES N. LEWIS
                                                Fed. Bar No. 30220
                                                Assistant Attorneys General
                                                200 Saint Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                (410) 576-7055
                                                (410) 576-6955 (facsimile)
                                                rscott@oag.state.md.us
                                                jlewis@oag.state.md.us

December 22, 2021                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December 2021, a copy of the foregoing Defendants' Motion to Dismiss, accompanying Memorandum of Law, and Proposed Order were sent by first class mail, postage prepaid, to:

Mr. Arthur M. Love
2064 Lake Grove Lane
Crofton, Maryland 21114

Pro Se Plaintiff

John Pierce, Esquire
PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, California 90071

Attorneys for Plaintiff (pending admission)

and a copy was sent via CM/ECF to:

Jeffrey Edward McFadden, Esquire
Fed. Bar No. 08738
jmcfadden@jmcfaddenlaw.com

LAW OFFICES OF JEFFREY E. MCFADDEN
312 Prospect Bay Dr. East
Grasonville, D.C. 21638

Former Attorneys for Plaintiff

and a courtesy copy will be sent within one business day to:

The Honorable Richard D. Bennett
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
ATTN: Clerk's Office for the Honorable Richard D. Bennett
101 West Lombard Street
Chambers 5D
Baltimore, Maryland 21201

/s/ Robert A. Scott
_____
Robert A. Scott