

EXHIBIT A







Mac Love

31 mins    Like    More

 Mac Love



31 mins    Like    More

 Mac Love







 Mac Love



 Mac Love





