STATE OF MARYLAND
DEPARTMENT OF BUDGET AND MANAGEMENT
OFFICE OF PERSONNEL SERVICES AND BENEFITS   **EXHIBIT C**
301 West Preston Street
Baltimore, Maryland  21201

# POSITION DESCRIPTION

REVIEW INSTRUCTIONS PRIOR TO COMPLETION

| PART I.    IDENTIFYING POSITION INFORMATION |
|---|

**ITEMS 1-6** to be completed by Agency Personnel Office.

| | |
|---|---|
| 1.  PIN: ▇▇▇▇ | 2.  CLASS CODE/GRADE |
| 3.  SERVICE | 4.  IS THIS POSITION DESIGNATED AS A SPECIAL APPOINTMENT? |
| 5.  OVERTIME STATUS | 6.  AGENCY APPROPRIATION CODE |

**ITEMS 7-13** to be completed by the supervisor.

7. Current Employee's Name, if applicable     Mac Love

8. Class Title  _____

   Working Title, if different     Deputy Director

9. Department or Agency Name     Governor's Office of Community Initiatives

   Division, Unit or Section     Executive

10. Work Location/Address     301 West Preston Street, Baltimore, MD 21201

11. Name of Immediate Supervisor     Steven McAdams

    Title of Immediate Supervisor     GOCI Executive Director

12. Work Schedule (Check all that apply)

    ☒ Permanent Day Shift          ☐ Rotating Shift
    ☐ Permanent Evening Shift      ☒ Full Time
    ☐ Permanent Night Shift        ☐ Part Time
    ☐ Other (Explain) _____

13. If applicable, how long has the current employee been performing the duties listed below?
    Current employee began on November 14, 2011.

| PART II.    POSITION FUNCTIONS |
|---|

1

**ITEMS 1-7**   If additional space is required, attach a separate sheet.

1. MAIN PURPOSE OF THE JOB:  Briefly describe the main purpose of this position and how it related to the mission of the agency.

   The Deputy Director is the lead staff member on all special events and initiatives for GOCI. The Director works closely with the Executive Director to promote opportunities and other resources available from the State, and establish relationships with nonprofits, government, and for profit organizations to further GOCI's mission.

   The Deputy Director will also serve as the administrative director of the Governor's Commission on Caribbean Affairs.

2. ESSENTIAL JOB FUNCTIONS AND OTHER ASSIGNED DUTIES:  List duty and responsibility statements that identify the essential job functions and other assigned duties. Essential job functions are the fundamental job duties of a position that if not performed will alter the job.  (Identify **essential job functions** by highlighting, **underlining**, etc.)

| % of Time and/or Weight of Importance | Job Duty |
|---|---|
| 30% | **Events Management:** <br>• Manage logistics of Commission Retreat, Maryland Municpal League, and Maryland Association of Counties and other events as requested. <br><br>• Serves as liaison for citations and proclamations |
| 30% | • Serve as point of contact for event partners. <br><br>**Public Engagement:** <br>• Represent GOCI and the Governor's Office as requested at networking meetings, volunteer recognition, trainings, and other events. <br><br>• Promote, manage, and expand collaboration and partnerships with community groups. <br><br>. Leverage community relationships and resources to advance the goals of GOCI <br><br>• Collect and regularly promote information about all streams of State resources available to Maryland communities. <br><br>• Serve as GOCI point person on special projects and initiatives |
| 30% | **Governor's Commission on Caribbean Affairs:** <br>Initiates, develops and implements goals, policies and procedures for the Commission as required in the Annotated Code of Maryland.  Provides |

2

|  |  |
|---|---|
|  | executes Staff support to the Commission in planning and administering Commission initiatives and projects.

Directs the day-to-day operations of the Commission office and of staff, volunteers and interns.

Provides programmatic and logistical assistance to the Commission and subcommittees, including monthly Commission meetings. Arranges logistics, and reviews and prepares notices, agendas and minutes for all Commission meetings.

Responds to inquiries directed to the Commission, handles correspondence for the Commission, and generally serves as a clearinghouse for information pertinent to issues of interest to constituents.

Prepares reports including annual and weekly reports as required and/or requested by the Governor and/or supervisors within the Governor's Office of Community Initiatives.

Appears as the Commission's representative before State, federal and local officials to advise and discuss the needs and concerns of the Native American community in Maryland.

Coordinates all activities of the Commission. Develops and promotes public education and awareness of issues and concerns of Native Americans in Maryland. Oversees the maintenance and update of the Commission's website.

Maintains liaison with other State agencies, boards and commissions. |
| 10% | **Other duties as assigned.** |

LEVEL, FREQUENCY AND PURPOSE OF WORK CONTACTS: List the contacts that this position has with individuals within the division, agency and department as well as other State agencies, other government agencies, private companies, clients, customers, vendors and the general public. These contacts may be in person, in writing or by telephone. Indicate how often the contact occurs. State the purpose of each contact, for example, to provide information, to explain procedures or decisions, to persuade or negotiate.

Caribbean Community - daily
Governor's Office of Community Initiatives – daily
Governor and Lt. Governor – as requested
Stage Agencies – as requested
Community Organizations and Advocacy Groups – as requested

3. DECISIONS AND RECOMMENDATIONS: List the decisions and recommendations that this position makes which are necessary to carry out essential job functions. State to whom recommendations are made.

The Special Projects Director decides the best course of action for responding to requests for GOCI to lead special events and projects.

3

4. EQUIPMENT USED: List equipment, machinery and tools used to complete this job, e.g. personal computer, calculator, typewriter, hand tools, measuring devices and lab equipment.

All work is completed via personal computer (MS Office). The OM also regularly uses the telephone, fax machine, and training equipment as needed (such as laptop computers, LCD projectors, other A/V equipment, etc.).

Staff members are required to travel throughout Maryland as part of their core duties. A condition of employment is access to reliable transportation during the employment period.

5. NATURE OF SUPERVISION RECEIVED: Check the type of supervision that is given to this position. See instructions Part II, Item 6 for definition of terms.

- ☐ Close Supervision
- ☐ Moderate Supervision
- ☒ General Supervision
- ☐ Managerial Supervision

6. WORKING CONDITIONS: (Check all that apply)

- ☐ Work involves exposure to uncomfortable or unpleasant surroundings. (Explain)
- ☐ Work involves exposure to hazardous conditions which may result in injury. (Explain)
- ☐ Work involves special physical demands such as lifting 50 pounds or more, climbing ladders, etc. (Explain)
- ☐ Work requires use of protective equipment such as goggles, gloves, mask, etc. (Explain)

In general, working conditions at the GOSV are standard office conditions.

However, employees may attend program site visits or community service projects that expose them to unpleasant surroundings or involve exposure to hazardous conditions (e.g. water monitoring project, tree planting, home repairs, or construction). These conditions occur infrequently for GOSV employees.

# PART III.   RESPONSIBILITIES FOR THE WORK OF OTHERS

This section should be completed if this position is responsible for the work of others.  This includes full and part-time permanent employees, contractual or emergency employees, volunteers, reimbursable or loaned employees.  If additional space is required, attach a separate sheet.

NATURE AND LEVEL OF RESPONSIBILITY FOR WORK OF OTHERS:
A <u>supervisor</u> assigns and reviews the work of others, trains employees, recommends the selection, promotion and termination of employees, approves leave and signs time cards, signs annual performance evaluations, determines and resolves procedural problems within the unit, serves as spokesperson for subordinates, explains policies and directives from management and issues formal disciplinary reminders, warnings and reprimands.

A <u>lead worker</u> assigns and reviews the work of others, instructs and motivates workers, is available for immediate assistance or review and performs the work of the classification.

a)   Does this position supervise employees?        ☐ Yes        ☒ No
b)   Does this position lead employees?               ☐ Yes        ☒ No

   If yes, to a or b, list the names and classifications of the employees that this position supervises or leads.


c)   Check the ways that this position supervises or leads these employees.  (Check all that apply).

   ☐ Assigns and reviews work
   ☐ Approve leave, sign time card
   ☐ Sign annual performance ratings
   ☐ Interview & select new employees
   ☐ Train employees—staff, Interns, Fellows
   ☐ Discipline employees (counsel, recommend suspension & termination) Do any of the employees supervised have supervisory responsibility?  If so, list them and the names and classifications of those they supervise or attach an approved organization chart.

| PART IV.    PERFORMANCE STANDARDS |
|---|

PERFORMANCE STANDARDS:  For each essential job function described in Part II, list the standard(s) necessary for satisfactory performance.  If additional space is required, attach a separate sheet.

Have considerable tact and discretion to work with the public and whenever addressing issues pertaining to the community.

Be able to perform duties with independent judgment and decision-making.

Be able to travel to events and meetings throughout the State as required.

Regularly provide updated information to the Executive Director.

Establish and maintain partnerships with governmental agencies, community organizations, advocacy groups, and individuals.

Provide weekly reports and memos outlining the meetings and activities.

| PART V.   SIGNATURES |
|---|

The following signatures indicate acknowledgment by the employee of the information on this form, when applicable, and approval by the supervisor and appointing authority.

_____             _____
Employee's Signature                                                                  Date

_____             _____
Supervisor's Signature                                                                  Date

_____             _____
Appointing Authority or Designee                                                 Date

Form MS-22
Revised 10/96