# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARTHUR M. LOVE, | * |
| *Plaintiff*, | * |
| v. | *   No. 1:21-CV-02029 |
| LARRY HOGAN, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion to Dismiss filed by Defendants (the "Motion"), and any opposition thereto, and any argument thereon, it is this _____ day of _____, 2021, by the United States District Court for the District of Maryland hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

_____
Richard D. Bennett
United States District Judge