IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARTHUR M. LOVE, | * |
| *Plaintiff*, | * |
| v. | *  No. 1:21-CV-02029 |
| LARRY HOGAN, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Robert A. Scott, assistant attorney general, as additional counsel for defendants in this case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Robert A. Scott*
ROBERT A. SCOTT (Fed. Bar No. 24613)
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-0055
(410) 576-6955 (facsimile)

December 22, 2021                                    Attorneys for Defendants