IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Arthur M. Love,<br><br>　　　　　Plaintiff,<br>　v.<br>Larry Hogan, et al.<br><br>　　　　　Defendants. | Case No: RDB-21-2029 |

**PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COME the Plaintiff, Arthur M. Love, by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this Court for an order to extend time to file the opposition for the Motion for Dismiss filed by Defendants. In support hereof, Plaintiffs show the following:

1.　Plaintiff filed his Complaint on August 11, 2021.

2.　The Defendants filed their Motion to Dismiss for Failure to State a Claim and Lack of Jurisdiction on December 22, 2021.

3.　The time for responding to the Motion to Dismiss has not yet expired.

4.　This motion is not being made for the purpose of delay but is made based upon lead counsel's illness due to a COVID infection, current assignments, and the need of time to prepare a response. A Pro Hac Vice motion for admission of lead counsel is still pending.

5.　Counsel for Defendants do not oppose this motion.

6.　Plaintiff will not be able to file the opposition on time, even if Plaintiff exercises due diligence and gives priority to preparing the opposition.

THEREFORE, Plaintiff respectfully request the Court for an order extending the time to file the opposition to Defendants Motions to Dismiss up to and including January 14, 2022.

Dated: January 4, 2022                    Respectfully submitted,

                                         s/Nevin L. Young
                                         Nevin L Young
                                         Bar ID No. 28604
                                         170 West Street
                                         Annapolis, MD 21401
                                         Tel: (410) 353-9210
                                         Fax: (410) 510-1208
                                         Email: nevinyounglaw@gmail.com

## CERTIFICATE OF SERVICE

I, Nevin L. Young, hereby certify that on January 5, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                         /s/ Nevin L. Young
                                         Nevin L. Young
                                         Bar ID No. 28604