**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Arthur M. Love,<br><br>            Plaintiff,<br>   v.<br>Larry Hogan, et al.<br><br>            Defendants. | Case No: RDB-21-2029 |

**ORDER**

Upon consideration of the Plaintiff's Motion to Extend Time to file the opposition to the Motion for Dismiss filed by Defendants, and the Defendants having consented to that Motion, it is hereby ORDERED, that the time for Plaintiff to file an Opposition to the Motion to Dismiss filed by Defendants shall be extended to January 14, 2022.

_____
JUDGE, UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF MARYLAND