IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARTHUR M. LOVE, | * | |
| PLAINTIFF, | * | |
| v. | * | Civil Action No. RDB-21-2029 |
| LARRY HOGAN, *et al.*, | * | |
| | * | |
| DEFENDANTS. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On December 30, 2021, Attorney Nevin Young filed a Motion to Appear Pro Hac Vice on behalf of Attorney John M. Pierce. (ECF No. 10.) On January 5, 2022, Plaintiff, through Young, filed a Motion for Extension of Time to respond to Defendants' Motion to Dismiss. (ECF No. 12.) On February 8, 2022, while both motions were pending, Pierce filed a Response to Defendants' Motion to Dismiss. (ECF No. 15.) On February 15, 2022, the Clerk of this Court issued an Order denying Pierce's motion to appear *pro hac vice*. (ECF No. 17.) The Clerk also marked the Response as filed error for failure to comply with the Local Rules of this Court. *See* Local Rule 101.1.b (D. Md. 2021). Accordingly, it is HEREBY ORDERED this 22nd day of February 2022 that Plaintiff's Motion for Extension of Time (ECF No. 12) is GRANTED. Plaintiff shall respond to Defendants' Motion to Dismiss by noon on March 14, 2022. Plaintiff may proceed with Young as his counsel, retain new counsel, or proceed *pro se*.

_/s/ Richard D. Bennett_

Richard D. Bennett
United States District Judge