IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARTHUR M. LOVE | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:21-cv-02029-ELH |
| LARRY HOGAN, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **LINE**

PLEASE NOTE that Jan I. Berlage and Gohn Hankey & Berlage LLP will *not* be entering their appearance on behalf of Plaintiff's Arthur M. Love in the above-captioned case.

 

Respectfully submitted,

  /s/ Jan I. Berlage
Jan I. Berlage    23937
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 29, 2022 a copy of the Line filed by Jan I. Berlage was served via CM/ECF to:

        Robert A. Scott, Esquire (rscott@oag.state.md.us)
        James Nelson Lewis, Esquire (jlewis@oag.state.md.us)

and via email and first class mail, postage pre-paid to:

        Arthur M. Love, *pro se*
        2064 Lake Grove Lane
        Crofton, Maryland 21114

                                       /s/ Jan I. Berlage
                                       Jan I. Berlage    23937